____ FILED    ___ ENTERED
____ LOGGED _____ RECEIVED

**11:53 am, Aug 13 2020**

AT BALTIMORE
CLERK, U.S. DISTRICRT COURT
DISTRICT OF MARYLAND
BY _____Deputy

### AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT

I, Michael Stearns, a Special Agent with the United States Secret Service, being duly sworn, depose and state:

### AGENT'S BACKGROUND

1.       I am a duly appointed Special Agent with the United States Secret Service ("USSS") and have been employed as such since June 2017. Through my employment with the USSS, I have gained knowledge in the use of various investigative techniques including the utilization of physical surveillance, undercover agents, confidential informants and cooperating witnesses, consensually monitored recordings, investigative interviews, financial investigations, the service of administrative and grand jury subpoenas, mobile wireless tracking methods, analyzing telephone pen register and caller identification system data, and the execution of search and arrest warrants, including those executed upon physical addresses as well as those executed upon electronic equipment and data storage providers.

2.       Throughout my career in law enforcement, I have become familiar with the methods and techniques associated with financial institution fraud and counterfeit trends and tactics. In the course of conducting financial investigations, I have incorporated the use of the following investigative techniques: interviewing informants, cooperating witnesses, victims, and subjects; physical surveillance and utilization of various surveillance techniques; supporting undercover operations; participating in mobile wireless tracking missions; and preparing and executing search and arrest warrants that have led to seizures of counterfeit currency, access devices, and other instruments used to commit financial fraud.

1

3.      Based on my knowledge, training, and experience in the investigation of financial institution fraud, I am familiar with the ways in which fraudsters conduct their business. My familiarity includes the various means and methods by which individuals defraud financial institutions; their use of cellular telephones and social media accounts to facilitate fraud; and their use of code words to describe fraud. I am familiar with the ways that those who commit financial institution fraud are able to carry out their fraud without detection. Financial institution fraud is commonly an ongoing and recurring criminal activity. As contrasted with crimes against persons, which tend to be discrete offenses, crimes such as bank fraud and wire fraud are illicit commercial activities that are characterized by regular, repeated criminal activity.

## OBJECTIVE

4.      This affidavit is submitted in support of the application made by the United States of America for a seizure warrant authorizing the seizure of the following vehicle titled in the name of Gabriel Churn:

**One 2007 GMC Yukon, VIN 1GKFK13047R229703**

## APPLICABLE LAW

5.      Proceeds and any property derived from proceeds traceable to violations of 18 U.S.C. § 1343 (Wire Fraud) and 18 U.S.C. §1344 (Bank Fraud) are forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(C). The aforementioned vehicle is derived from the proceeds traceable to the Wire Fraud and Bank Fraud. Property subject to civil forfeiture may be seized pursuant to 18 U.S.C. § 981(b).

## PROBABLE CAUSE

6.      The information set forth below is based upon your affiant's review of records and upon information provided by other sworn law enforcement officers participating in this investigation. I have not included each and every fact obtained pursuant to this investigation, but have set forth those facts that I believe are essential to establish the necessary foundation for the issuance of the seizure warrant for the specified vehicle.

7.      On July 08, 2020, State Employees Credit Union of Maryland ("SECU") account ending in 2923 received two ACH deposits from the Small Business Administration ("SBA"), totaling $48,700.00. The first deposit posted for $42,700.00 as "SBAD TREAS 310." The second deposit posted for $6,000.00 as "SBAD TREAS 310." The sole owner of SECU account ending in 2923 is Gabriel Philemon Churn Jr (hereinafter, "CHURN"). CHURN resides at 3110 Cresson Avenue, Windsor Mill, MD 21244. The deposits of SECU are federally insured by the National Credit Union Administration.

8.      SBA – Office of Inspector General was contacted regarding these deposits. Documentation revealed that CHURN had applied for a $6,000.00 Economic Injury Disaster Grant ("EIDG") and a $42,800.00 SBA Economic Injury Disaster Loan ("EIDL") on July 7, 2020. Of the $42,800.00 SBA EIDL, $42,700.00 was deposited into SECU account ending in 2923, and $100.00 was withheld by the SBA for a "UCC filing fee".

9.      The SBA's website states that the SBA EIDL and EIDG are government supported funding programs that are intended for "small businesses, private non-profits, and agricultural businesses." Eligible small businesses, private non-profit organizations, and agricultural businesses may apply for the programs through the website. The first page of the

online loan application (found at covid19relief.sba.gov) prompts the applicant to choose the eligible entity for verification, as shown in Attachment A. The subsequent page of the loan application prompts the applicant to choose an organization type, as shown in Attachment B. Attachments A and B are incorporated herein by reference. Once submitted, the loan application is transmitted to Herndon, Virginia and is processed in Dallas, Texas. Once the loan application is processed, the Federal Reserve Bank in Kansas City, Missouri electronically disburses loan proceeds to the bank account identified by the applicant.

10.     On the SBA EIDL application, CHURN answered "Applicant is an individual who operates under a sole proprietorship, with or without employees, or as an independent contractor" to the eligible entity verification question described in Paragraph 9 and shown in Attachment A. Records indicate that CHURN answered "Gabriel P Churn, Jr" to both the Business Legal Name and Trade Name prompts described in Paragraph 9 and shown in Attachment B. CHURN selected "Sole Proprietorship" to the Organization Type prompt described in Paragraph 9 and shown in Attachment B.

11.     On July 17, 2020, Law Enforcement interviewed CHURN regarding the deposit described in Paragraph 8. CHURN confirmed that he did apply for the SBA EIDL and SBA grant. CHURN stated that he applied for this loan as a personal loan. CHURN stated that he intends to use the funds to pay down his personal debts. When questioned about owning a business, CHURN stated that he does not own a business. CHURN stated that he does not know why he answered affirmatively to being a sole proprietor on the loan application. CHURN stated that he was not a sole proprietor. CHURN stated that he purchased a personally owned vehicle,

made payments towards his personal mortgage, and paid other personal bills with the SBA EIDL funds.

12.     Of the $48,700.00 that was deposited into the SECU account ending in 2923, $29,185.62 is being returned to the SBA by SECU Bank, but $19,514.38 was able to be debited or withdrawn by CHURN between July 8, 2020, and July 17, 2020, prior to the bank restricting the account for fraudulent activity.

13.     Among the debits or withdrawals described in Paragraph 12, on July 12, 2020, CHURN purchased a 2007 GMC Yukon, VIN 1GKFK13047R229703 (hereinafter, "Yukon") from Carfinity, a car dealership located in Baltimore, MD. Dealership records identify Gabriel Philemon Churn, 3110 Cresson Ave, Windsor Mill, MD 21224 as the purchaser of the Yukon. No insurance information or lien holder is listed on the records. The buyer's order for the Yukon is signed by CHURN and dated "07/12/2020." CHURN is listed as the sole owner of the vehicle with the Maryland Motor Vehicle Administration.

14.     The Yukon was purchased for a total of $10,300.00 from Carfinity. CHURN paid $1,000.00 using a debit card ending in 3152. Records indicate that this debit card is associated with CHURN's SECU account ending in 2923. The $1,000.00 payment to Carfinity posted to the SECU account ending in 2923 on July 10, 2020. CHURN paid the remaining $9,300.00 using an Official Check from SECU, check number ending in 1743. Records indicate that this check was remitted from CHURN's SECU account ending in 2923 on July 11, 2020. The official check was made out to "Carfinity Re: Gabriel P Churn Jr."

## CONCLUSION

15.     Based on the foregoing, I submit that there is probable cause to believe that the 2007 GMC Yukon, VIN 1GKFK13047R229703, is forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C) as derived from proceeds traceable to violations of 18 U.S.C. § 1343 (Wire Fraud) and 18 U.S.C. § 1344 (Bank Fraud).

16.     Wherefore, it is hereby requested that Special Agents of the United States Secret Service be authorized to seize, pursuant to 18 U.S.C. § 981(b), the following vehicle:

**One 2007 GMC Yukon, VIN 1GKFK13047R229703**

Michael Stearns
Special Agent
United States Secret Service

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this ____28____ day of July, 2020.

The Honorable Thomas M. DiGirolamo
United States Magistrate Judge
United States District Court for the District of Maryland

1:20-mj-1936 TMD

## ATTACHMENT A

# ELIGIBLE ENTITY VERIFICATION

**Choose One:**

○ Applicant is a business with not more than 500 employees.

○ Applicant is an agricultural enterprise with not more than 500 employees.

○ Applicant is an individual who operates under a sole proprietorship, with or without employees, or as an independent contractor.

○ Applicant is a cooperative with not more than 500 employees.

○ Applicant is an Employee Stock Ownership Plan (ESOP), as defined in 15 U.S.C. 632, with not more than 500 employees.

○ Applicant is a tribal small business concern, as described in 15 U.S.C. 657a(b)(2)(C), with not more than 500 employees.

○ Applicant is a business, including an agricultural cooperative, aquaculture enterprise, nursery, or producer cooperative (but excluding all other agricultural enterprises), with more than 500 employees that is small under SBA Size Standards found at https://www.sba.gov/size-standards.

○ Applicant is a business with more than 500 employees that is small under SBA Size Standards found at https://www.sba.gov/size-standards.

○ Applicant is a private non-profit organization that is a non-governmental agency or entity that currently has an effective ruling letter from the IRS granting tax exemption under sections 501(c),(d), or (e) of the Internal Revenue Code of 1954, or satisfactory evidence from the State that the non-revenue producing organization or entity is a non-profit one organized or doing business under State law, or a faith-based organization.

7

1:20-mj-1936 TMD

# ATTACHMENT B

**Business Legal Name ***

**Trade Name ***

**EIN/SSN for Sole Proprietorship ***

**Organization Type ***

- Limited Liability Company
- Sole Proprietorship
- C-Corporation
- S-Corporation
- General Partnership
- Limited Liability Partnership
- Limited Partnership
- Cooperative
- Trust
- Independent Contractor
- Other

**Cost of Goods Sold for the Twelve (12) Month Prior to the Date of the Disaster (January 31, 2020) ***

8